FILED
January 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003189176

1  EDDIE R. JIMENEZ (CA SBN 231239)
   HIEU T. PHAM (CA SBN 265146)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5
   Attorneys for WELLS FARGO BANK, NA
6

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 10-94812 |
| MARINA VARGAS, | Chapter 7 |
| Debtor(s). | D.C. No. PD-1 |
| | **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| WELLS FARGO BANK, NA, | LBR 4001-1 and 9014-1(f)(1) |
| Movant, | |
| vs. | DATE:     February 9, 2011<br>TIME:     10:00 a.m.<br>DEPT:     E |
| MARINA VARGAS, Debtor(s); GARY FARRAR, Chapter 7 Trustee, | 1200 I Street, Suite 4<br>Modesto, CA 95354 |
| Respondents. | |

I, Teresa Diaz-Cochran, declare:

1.   I am over 18 years of age and am employed as a VP Loan Documentation of Wells Fargo Home Mortgage ("WFHM"), a division of Wells Fargo Bank, N.A.  In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan").  If called to testify in this matter, I would testify under oath as to the following:

- 1 -

2. I have access to and am familiar with WFHM's books and records regarding the Loan, including WFHM's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which WFHM maintains its books and records, including computer records relating to the servicing of the Loan. WFHM's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by WFHM in the regular course of WFHM's business. WFHM relies on such records in the ordinary course of its business.

3. According to WFHM's books and records, the Loan is evidenced by a promissory note executed by Marina Vargas ("Debtor") and dated February 29, 2008, in the original principal amount of $175,479.00 (the "Note"). See Exhibit A.

4. WFHM's records reflect that Wells Fargo Bank, NA holds possession of the original Note. See Exhibit A.

5. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 445 Goldrun Drive, Modesto, California 95354 (the "Property"). The Deed of Trust reflects that it was duly recorded. See Exhibit B.

6. Copies of the Note and Deed of Trust which are attached to the concurrently filed Exhibits to the Declaration in Support of Motion for Relief From Automatic Stay ("Exhibits") as Exhibits A and B are copies of said documents contained in WFHM's business records.

7. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

8. As of December 22, 2010, the arrearage owed under the Note and Deed of Trust is $11,303.60.

/./././
/./././
/./././
/./././
/./././

DECLARATION IN SUPPORT OF MOTION FOR RELIEFT FROM AUTOMATIC STAY
MATTER ID: 000014-1220173428-M                                                                                                          CASE # 10-94812

9. As of December 22, 2010, the total amount owed under the Note is approximately $182,299.28, itemized as follows:

| | AMOUNT |
|---|---|
| PRINCIPAL | $170,625.38 |
| INTEREST | $7,105.11 |
| ESCROW ADVANCES | $2,114.86 |
| LATE CHARGE | $358.40 |
| OTHER FEES DUE | $30.00 |
| RECOVERABLE BALANCE | $2,065.53 |
| **Total Due as of December 22, 2010** | **$182,299.28** |

10. WFHM has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30 day of 12, 2010, at Fort Mill, South Carolina.

_____
Teresa Diaz-Cochran

VP Loan Documentation